UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Jacqueline Stevens

                              Plaintiff,

v.                                                                  Case No.: 1:18−cv−05391
                                                                            Honorable Andrea R. Wood

Broadcasting Board of Governors, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 7, 2019:

       MINUTE entry before the Honorable Andrea R. Wood: Status hearing held. Counsel for Defendants is advised that all correspondence between the responding agencies and Plaintiff regarding the sufficiency of the agencies' productions shall occur through Counsel. Status hearing set for 3/20/2019 at 9:00 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.