**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division**

Jacqueline Stevens

                              Plaintiff,

v.                                                    Case No.: 1:18−cv−05391
                                                              Honorable Andrea R. Wood

Broadcasting Board of Governors, et al.

                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, May 14, 2019:

      MINUTE entry before the Honorable Andrea R. Wood: By request and agreement of the parties, the status hearing set for 5/22/2019 is stricken and reset for 5/23/2019 at 09:00 AM. Mailed notice(ef, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.