```
 1                  IN THE UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                            EASTERN DIVISION

 3   JACQUELINE STEVENS,                )
                                        )
 4              Plaintiff,              )
                                        )
 5     v.                               ) No. 18 C 5391
                                        )
 6   BROADCAST BOARD OF GOVERNORS,      )
     et al.,                            ) Chicago, Illinois
 7                                      ) December 2, 2019
                Defendants.             ) 9:30 a.m.
 8
                         TRANSCRIPT OF PROCEEDINGS
 9                 BEFORE THE HONORABLE MARY M. ROWLAND

10   APPEARANCES:

11   For the Plaintiff:        LAW OFFICES OF LARRY R. GLAZER
     (appeared telephonically) BY:  MS. NICOLETTE GLAZER
12                             1875 Century Park East
                               Suite 700
13                             Century City, California  90067
                               (310)407-5353
14
     For the Defendants:       HON. JOHN R. LAUSCH, JR.
15                             United States Attorney
                               BY:  MR. PRASHANT KOLLURI
16                             Assistant United States Attorney
                               219 South Dearborn Street
17                             Suite 500
                               Chicago, Illinois  60604
18                             (312) 353-5300

19

20

21

22

23

24

25
                    Nancy C. LaBella, CSR, RDR, CRR
                         Official Court Reporter
                   219 South Dearborn Street, Room 1728
                        Chicago, Illinois  60604
                            (312) 435-6890
                         NLaBella.ilnd@gmail.com
```

1 (Proceedings had in open court:)
2 THE CLERK: 18 C 5391, Stevens v. Broadcasting Board
3 of Governors.
4 MS. GLAZER: Good morning, your Honor. Nicolette
5 Glazer appearing on behalf of plaintiff.
6 MR. KOLLURI: Good morning, your Honor. Prashant
7 Kolluri appearing on behalf of the government.
8 THE COURT: Good morning.
9 So I know there are 29 different FOIA requests for 12
10 different agencies. Last time we talked, you were working
11 through the requests. How is it going?
12 MR. KOLLURI: Your Honor, from the government's
13 perspective -- and I had spoke to Ms. Glazer yesterday -- the
14 government's productions are complete. My understanding is
15 that Ms. Glazer and her client are working through them and
16 maybe have identified a few issues that they would like to
17 meet and confer about. And I think there are -- they're
18 trying to narrow the disputes so that we can brief a few
19 issues and kind of go from there.
20 THE COURT: Okay. What I'd like to know before we
21 start briefing, are we talking about six agencies? Two
22 agencies? 12 agencies? So when could you, Ms. Glazer, be
23 able to report to me on that?
24 MS. GLAZER: Well, your Honor, we have reviewed the
25 productions. And I understand, as counsel said, each agency

1 has said that this is the final production. Plaintiff has
2 reviewed them. There are several agencies that are very kind
3 of urgent for her for her research. So what she would like to
4 do is address the USCIS, the ICE, and I believe the FBI
5 productions. They are the most voluminous obviously. And
6 those are the ones that she has the most problems with the
7 redactions.
8 So what, your Honor, I would ask the Court is to give
9 me leave to file a motion to compel to address the
10 deficiencies in productions and the redactions in the -- those
11 agencies and those productions. Obviously, what we would like
12 to be able to do first is obviously have a detailed meet and
13 confer with counsel. Hopefully we may resolve some of it,
14 though some of them are legal issues.
15 THE COURT: Right. So how much time do you need to
16 do that?
17 MS. GLAZER: Well, your Honor, I was talking to
18 Mr. Kolluri. I was thinking maybe two weeks or three weeks,
19 considering the holidays, to meet and confer. I could file
20 the motion right after that, and then the Court can set a
21 briefing and perhaps a hearing.
22 THE COURT: Okay. So why don't I have a status -- so
23 my question is to you, counsel, particularly, I can have a
24 status the week of the 16th, and you can tell me whether a
25 motion to compel is necessary. Or I can have a status in the

1  new year.  What makes sense so that I'm not wasting anybody's
2  time, particularly my own?
3           MS. GLAZER:  Well, your Honor, if the Court would
4  indulge us for a status hearing in the new year, I think that
5  perhaps will be more productive.
6           THE COURT:  Okay.  Let's do that.
7           MS. GLAZER:  People may not be in --
8           THE COURT:  Let's do that.
9           MS. GLAZER:  -- town to respond in the different
10 agencies that are involved.
11          THE COURT:  Let's do that.  Okay.  First week of
12 January sound too rushed in terms of you talking to your
13 agencies?
14          MR. KOLLURI:  No, your Honor.  I think that should
15 work fine.  That would be the week of the 6th?
16          THE COURT:  Yes.
17          MR. KOLLURI:  I think that should be okay.
18          THE COURT:  Because I can do the week of the 13th.
19          MR. KOLLURI:  Why don't we just do the week of the
20 13th to be safe because if it is multiple agency counsel --
21 I'll be here, but I don't know what other people's schedules
22 are.
23          THE COURT:  Why don't we say -- Dawn, what do you
24 think, the 14th at 10:00?
25          THE CLERK:  Sure.

```
 1            THE COURT:  So let's say the 14th at 10:00 o'clock.
 2  And hopefully by then, you'll know whether there's any
 3  disputes left and how many agencies there are.
 4            MR. KOLLURI:  Great.
 5            THE COURT:  Okay.  Thanks so much.
 6            MS. GLAZER:  Very good.  Thank you, your Honor.
 7            MR. KOLLURI:  Thank you.
 8            THE COURT:  Have a good day.
 9            MR. KOLLURI:  Thank you.  You too, your Honor.
10            MS. GLAZER:  Thank you.
11       (Which were all the proceedings heard.)
12                      *   *   *   *   *
13
14  I certify that the foregoing is a correct transcript from the
    record of proceedings in the above-entitled matter.
15
16
    /s/ Nancy C. LaBella                    October 1, 2020
17  Official Court Reporter
18
19
20
21
22
23
24
25
```