```
 1                  IN THE UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                           EASTERN DIVISION

 3   JACQUELINE STEVENS,               )
                                       )
 4             Plaintiff,              )
                                       )
 5     v.                              ) No. 18 C 5391
                                       )
 6   BROADCAST BOARD OF GOVERNORS,     )
     et al.,                           ) Chicago, Illinois
 7                                     ) January 30, 2020
               Defendant.              ) 9:30 a.m.
 8
                         TRANSCRIPT OF PROCEEDINGS
 9                 BEFORE THE HONORABLE MARY M. ROWLAND

10   APPEARANCES:

11   For the Plaintiff:         LAW OFFICES OF LARRY R. GLAZER
     (appeared telephonically)  BY:  MS. NICOLETTE GLAZER
12                              1875 Century Park East
                                Suite 700
13                              Century City, California  90067
                                (310)407-5353
14
     For the Defendants:        HON. JOHN R. LAUSCH, JR.
15                              United States Attorney
                                BY:  MR. PRASHANT KOLLURI
16                              Assistant United States Attorney
                                219 South Dearborn Street
17                              Suite 500
                                Chicago, Illinois  60604
18                              (312) 353-5300

19

20

21

22

23

24

25
                       Nancy C. LaBella, CSR, RDR, CRR
                            Official Court Reporter
                    219 South Dearborn Street, Room 1728
                           Chicago, Illinois  60604
                               (312) 435-6890
                           NLaBella.ilnd@gmail.com
```

```
1        (Proceedings had in open court:)
2             THE CLERK:  18 C 5391, Stevens v. Broadcasting Board
3    of Governors.
4             MS. GLAZER:  Good morning, your Honor.  Nicolette
5    Glazer appearing on the telephone for plaintiff Stevens.
6             THE COURT:  Good morning.
7             MR. KOLLURI:  Good morning, your Honor.  Prashant
8    Kolluri for the government.
9             THE COURT:  Good morning.
10            How is working through the 29 FOIAs?
11            MR. KOLLURI:  I think it's --
12            MS. GLAZER:  Your Honor --
13            THE COURT:  Why don't I hear from counsel who is in
14   the courtroom.
15            MR. KOLLURI:  Sure.  Your Honor, I think it is okay.
16   We've narrowed the dispute.  Ms. Glazer and I talked once last
17   week and once this week.  And if it's okay with the Court, I
18   think the idea is that Professor Stevens will file a motion
19   for relief to address some search adequacy objections she has,
20   as well as possible redaction issues for eight FOIA requests.
21   And then we'll take a look.  And I think it's going to involve
22   about four different agencies.  So we just wanted to take a
23   look at the motion and maybe set a status date shortly
24   thereafter to set a briefing schedule.  Or we could just call
25   in with the briefing schedule and then get it briefed.
```

1              And then I had one issue that I'd like to raise
2    with -- which I mentioned with Ms. Glazer -- which is that,
3    you know, we're going to be spending time briefing eight FOIA
4    requests.  There are obviously 29 FOIA requests.  My
5    understanding from Ms. Glazer is they either haven't
6    identified issues in the other 21 or they've chosen not to
7    raise them.  The last thing the government would want is
8    multiple rounds of briefing and, oh, well, by the way, we have
9    this --
10             THE COURT:  No, we're not doing that.
11             MR. KOLLURI:  Okay.
12             THE COURT:  We're down to eight.  So that means the
13   other 21 are resolved; is that correct?
14             MS. GLAZER:  That is correct, your Honor.  They're
15   either productions that are already done in those and she
16   considered them completed or the issues are not -- you know,
17   they're not clarified because we don't know what's in the
18   redactions.
19             THE COURT:  So we have potential disputes on eight
20   and the other 21 are resolved.  You've gotten the documents
21   that you need or you think you're entitled to or that the
22   government has?
23             MS. GLAZER:  Correct.
24             THE COURT:  Understood?  Okay.  Very good.
25             So you need to file a motion about a dispute on

1  eight.  When do you want to file that?
2          MS. GLAZER:  Can I have 30 days?
3          THE COURT:  30 days?  Sounds good.
4          MS. GLAZER:  And one other request, your Honor.
5  Considering this is very large and involved, about, I believe,
6  10,000 pages and some complex issue, would the Court be
7  willing to extend the page limit for the motion and responses
8  with extra ten pages?
9          THE COURT:  Yes.  Okay.  So your motion is going to
10 be due on February 28th.  And you want 25 pages?
11         MS. GLAZER:  If I can, your Honor, yes.
12         THE COURT:  That's fine.  And then were you going to
13 come in before you file a response and we're going to talk?
14 Was that your proposal?
15         MR. KOLLURI:  Either that, your Honor, or if we could
16 just take a look at the motion and then Ms. Glazer and I can
17 talk and then call in with a proposed briefing schedule for
18 our response and stuff.
19         THE COURT:  Why don't we do that.  Why don't you
20 submit a proposed briefing schedule to my in-box.  What do you
21 want, like 21 days to do that so you have time to talk and
22 look it over?
23         MR. KOLLURI:  That would be great.
24         THE COURT:  Okay.  So by March 20th submit a briefing
25 schedule and hopefully you'll get rid of some of the disputes.

1           MR. KOLLURI:  If we can, yes.

2           THE COURT:  Sounds beautiful.  Okay.  Great.  I'll

3  see you later.

4           MR. KOLLURI:  Thank you.

5           MS. GLAZER:  Thank you, your Honor.

6       (Which were all the proceedings heard.)

7                  *   *   *   *   *

8

9  I certify that the foregoing is a correct transcript from the
   record of proceedings in the above-entitled matter.
10

11
   */s/ Nancy C. LaBella*                    *October 1, 2020*
12 Official Court Reporter

13

14

15

16

17

18

19

20

21

22

23

24

25