# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Jacqueline Stevens

                                                  Plaintiff,

v.                                                         Case No.: 1:18−cv−05391
                                                               Honorable Mary M. Rowland

Broadcasting Board of Governors, et al.

                                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 30, 2021:

       MINUTE entry before the Honorable Mary M. Rowland: Stevens's Motion to Compel [44] is denied. Opinion to follow. However, as described in greater detail in the memorandum and opinion, the various agencies' withholdings and redactions remain a live issue in this case, requiring further briefing. The government may file a renewed motion for summary judgement. Along with the motion, the government must file a Vaughn index or equivalently comprehensive document to aid the Court in its analysis. Given the delay, the Court expects that the government will provide exceptionally clear and detailed justifications to allow for a comprehensive resolution of the issues. The government's Motion for Summary Judgment [54] is granted in part and denied in part. Opinion to follow. The motion is granted as to USGS and ICE on the issue of adequacy of search. As to USAGM and HHS, summary judgement is denied due to insufficient detail in their declarations describing their search process. Summary judgement is also denied as to USCIS and USAID because their searches related to Northwestern University were inadequate. Telephonic status set for 4/19/21 at 9:30 AM. Counsel shall call 866−434−5269; access code 3751971. Parties are to confer prior to that date and be prepared to report on (1) the time required to complete the Vaughn index or equivalent, (2) the process for addressing the inadequate ASAGM and HHS declarations and (3) the further searches of USCIS and USAID. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.