UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACQUELINE STEVENS, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) No. 18 C 5391 |
| BROADCASTING BOARD OF GOVERNORS, *et al.*, | ) ) Judge Rowland ) ) ) |
| Defendant. | ) |

**JOINT STATUS REPORT**

Per the court's July 23, 2021 minute entry (Dkt. 75), the parties in this Freedom of Information Act case jointly submit this status report.

1. The parties continue to work together to determine whether some of the remaining issues in this case can be resolved without the court's involvement.

2. As previously mentioned, defense counsel has already furnished to plaintiff's counsel *Vaughn* indices for three of the six remaining agencies and a summary log for a fourth agency. Since the last status report, a fifth agency has also furnished a draft *Vaughn* index. The parties are working together to determine the scope of any remaining issues relating to the agencies' withholdings.

3. Additionally, defendants USCIS and USAID have been performing searches for additional records in response to the court's March 2021 rulings (Dkt. 71-72). USCIS has completed its search and found no responsive records, and USAID's search is ongoing. (The representations in this paragraph are made by defense counsel and not by plaintiff's counsel.)

4. The parties suggest that they file an updated status report by November 17, 2021.

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: s/ Alex Hartzler
    ALEX HARTZLER
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-1390
    alex.hartzler@usdoj.gov

s/ Nicolette Glazer
NICOLETTE GLAZER
Attorney for Plaintiff
Law Office of Larry R. Glazer
Watt Plaza
1875 Century Park East #700
Century City, California 90067
(708) 435-0404
nicolette@glazerandglazer.com