# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Jacqueline Stevens

                                    Plaintiff,

v.                                                                    Case No.: 1:18−cv−05391
                                                                              Honorable Mary M. Rowland

Broadcasting Board of Governors, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 21, 2021:

       MINUTE entry before the Honorable Mary M. Rowland: The court has reviewed the joint status report. The parties continue to work together to determine whether some of the remaining issues in this case can be resolved without the court's involvement. The parties are working together to determine the scope of any remaining issues relating to the agencies' withholdings. Telephonic status set for 11/22/21 at 9:30am. Counsel shall call 866−434−5269; access code 3751971. At that point the parties must be prepared to report the matter is resolved or report on the next steps in litigation for this 2018 case. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.