# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Jacqueline Stevens

                                            Plaintiff,

v.                                                             Case No.: 1:18−cv−05391
                                                                 Honorable Mary M. Rowland

Broadcasting Board of Governors, et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 22, 2021:

      MINUTE entry before the Honorable Mary M. Rowland: Telephonic status hearing held. Counsel appeared telephonically. Government reported on the status of the case. Parties are ready to set a summary judgment briefing schedule. Summary judgment motion is due 3/14/22. Telephonic status hearing set for 1/24/22 at 9:30am. Counsel shall call 866−434−5269; access code 3751971 to set the rest of the summary judgment briefing schedule. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.