# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Jacqueline Stevens

                            Plaintiff,

v.                                                        Case No.: 1:18−cv−05391

                                                          Honorable Mary M. Rowland

Broadcasting Board of Governors, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 24, 2022:

      MINUTE entry before the Honorable Mary M. Rowland: Telephonic status hearing held. Counsel appeared telephonically. Parties are working to resolve sampling issues with regard to ICE production. ICE is to propose its sampling procedure to Plaintiff by 2/7/22. Plaintiff to respond to the Government by 2/21/22. Government to respond to Plaintiff by 2/28/22. Plaintiff's final response to the Government by 3/7/22. These are final dates and will not be extended in this nearly 4 year old case. Telephonic status hearing set for 3/11/22 at 9:00am. Parties shall call 866−434−5269 and the access code is 3751971. Parties are to be prepared to report that sampling issue has been resolved or succinctly report what sampling dispute remains and to set summary judgment schedule. Summary judgment motion deadline of 3/14/22 is stricken. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.