UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JACQUELINE STEVENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 18 C 5391 |
| v. | ) | |
| | ) | Judge Rowland |
| BROADCASTING BOARD OF | ) | |
| GOVERNORS, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

## **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants, by John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, move for summary judgment in their favor and against plaintiff Jacqueline Stevens under Federal Rule of Civil Procedure 56. In support, defendants submit the accompanying memorandum of law in support of summary judgment, Local Rule 56.1 statement of material facts (DSOF), and declarations of James McLaren, Celeste Smith, Jill Eggleston, Cynthia Munita, Christopher Colbow, and Lynnea Schurkamp.

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: s/ Alex Hartzler
 ALEX HARTZLER
 Assistant United States Attorney
 219 South Dearborn Street
 Chicago, Illinois 60604
 (312) 886-1390
 alex.hartzler@usdoj.gov