IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Jacqueline Stevens,

Plaintiff,

v.

Broadcasting Board of Governors, United States Department of Commerce, Bureau of Industry and Security, U.S. Geological Survey, U.S. Department of Health and Human Services, Federal Bureau of Investigation, Department of Homeland Security, Immigration and Customs and Enforcement, U.S. Department of State, United States Administration for International Development, U.S. Customs and Border Protection, Office of Justice Programs, and, U.S. Citizenship and Immigration Services ,

Defendants.

Case No. 18-cv-05391
Judge Mary M. Rowland

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $           ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendants Broadcasting Board of Governors, United States Department of Commerce, Bureau of Industry and Security, U.S. Geological Survey, U.S. Department of Health and Human Services, Federal Bureau of Investigation, Department of Homeland Security, Immigration and Customs and Enforcement, U.S. Department of State, United States Administration for International Development, U.S. Customs and Border Protection, Office of Justice Programs, and, U.S. Citizenship and Immigration Services           and against plaintiff Jacqueline Stevens.
Defendants shall recover costs from plaintiff.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge Mary M. Rowland presiding, and the jury has rendered a verdict.
☐ tried by Judge Mary M. Rowland without a jury and the above decision was reached.
☒ decided by Judge Mary M. Rowland on a motion for summary judgment.


Date:  3/9/2023                                  Thomas G. Bruton, Clerk of Court

                                                 Dawn A. Moreno, Deputy Clerk